No. 483. MURRAY *v.* PORTER, PRICE ADMINISTRATOR. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit;

No. 512. RALEY ET AL., TRADING AS RALEY'S FOOD STORE, *v.* PORTER, PRICE ADMINISTRATOR. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia; and

No. 583. PORTER, PRICE ADMINISTRATOR, *v.* MOHAWK WRECKING & LUMBER CO. ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. November 12, 1946. The petitions for writs of certiorari in these cases are granted limited to the question whether the Emergency Price Control Act authorizes the Administrator to delegate to district directors authority to sign and issue subpoenas. *Robert W. Upton* for petitioner in No. 483. *C. L. Dawson* for petitioners in No. 512. *Solicitor General McGrath* and *David London* for the Price Administrator. *John W. Babcock* for respondents in No. 583. Reported below: No. 483, 156 F. 2d 781; No. 512, 81 U. S. App. D. C. 156, 156 F. 2d 561; No. 583, 156 F. 2d 891.